**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00841-EWN-BNB

JOSEPH DETTREY,

      Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC., a Georgia corporation,

      Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay its own attorney's fees and costs.

Dated this 29th day of June, 2006.

                              BY THE COURT:

_____        _____ s/ Edward W. Nottingham\_\_\_\_
                                                      U.S. DISTRICT JUDGE